| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 634 Wilson Ave LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 26-4379286 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>634 Wilson Avenue<br>Brooklyn, NY 11207<br>Number, Street, City, State & ZIP Code<br><br>Kings<br>County | **Mailing address, if different from principal place of business**<br><br>4403 15th Avenue, #155<br>Brooklyn, NY 11219<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **634 Wilson Ave LLC**                              Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment** _____   Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **634 Wilson Ave LLC**  Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | 634 Wilson Ave LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 3, 2023
               MM / DD / YYYY

**X** /s/  Zalmen Wagschal                                    Zalmen Wagschal
Signature of authorized representative of debtor              Printed name

Title    Sole Member

**18. Signature of attorney**

**X** /s/ Julie Curley                                        Date   April 3, 2023
Signature of attorney for debtor                                     MM / DD / YYYY

Julie Curley
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone                          Email address    jcurley@kacllp.com

4325494 NY
Bar number and State

Debtor   634 Wilson Ave LLC                               Case number *(if known)*
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)*  _____  Chapter   11

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | 1427 43 ST LLC | | Relationship to you | Affiliate | |
| District | EDNY | When  4/4/23 | Case number, if known | 23- | |
| Debtor | 221 Himrod St LLC | | Relationship to you | Affiliate | |
| District | EDNY | When  4/4/23 | Case number, if known | 23- | |
| Debtor | 299 Throop Ave LLC | | Relationship to you | Affiliate | |
| District | EDNY | When  4/4/23 | Case number, if known | 23- | |
| Debtor | 867-871 Knickebocker LLC | | Relationship to you | Affiliate | |
| District | EDNY | When  4/4/23 | Case number, if known | 23- | |

# United States Bankruptcy Court
### Eastern District of New York

In re: 634 Wilson Ave LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Zalmen Wagschal<br>4403 15th Ave #155<br>Brooklyn, NY 11219 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: April 3, 2023

Signature: /s/ Zalmen Wagschal
Zalmen Wagschal

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of New York**

In re: 634 Wilson Ave LLC  
Debtor(s)

Case No.  
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Zalmen Wagschal, declare under penalty of perjury that I am the Sole Member of 634 Wilson Ave LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said corporation at a special meeting duly called and held on the 3rd day of April, 2023.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Zalmen Wagschal, Sole Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Zalmen Wagschal, Sole Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Zalmen Wagschal, Sole Member of this Company is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date: April 3, 2023

Signed: /s/ Zalmen Wagschal  
Zalmen Wagschal

Resolution of Board of Managers
of
634 Wilson Ave LLC

    Whereas, it is in the best interest of this Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Zalmen Wagschal, Sole Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that Zalmen Wagschal, Sole Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that Zalmen Wagschal, Sole Member of this Company is authorized and directed to employ Erica Aisner, attorney and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case.

Date: April 3, 2023                Signed: /s/ Zalmen Wagschal

Date:                               Signed:

# United States Bankruptcy Court
## Eastern District of New York

In re: 634 Wilson Ave LLC

Debtor(s)

Case No.

Chapter 11

# **VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: April 3, 2023

/s/ Zalmen Wagschal
Zalmen Wagschal/Sole Member
Signer/Title

Date: April 3, 2023

/s/ Julie Curley
Signature of Attorney
Julie Curley
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
Fax:

Edward Vincent, as Receiver
Bochert & Laspina
Whitestone, NY 11357


Edward Vincent, Receiver
1902 Whitestone Expwy
Whitestone, NY 11357


Fannie Mae
1100 15th St. NW
Washington, DC 20005


Fannie Mae
Attn: Daniel Corrigan and Michael Harary
c/o Windels Marx Lane & Mittendorf, LLC
New York, NY 10019


Fleischmann PLLC
150 Broadway Suite 900
New York, NY 10038


FR Contracting Corp.
445 East 5th Street, Suite #A3
Brooklyn, NY 11218


Goldberg, Lustig, Steckler PLLC
188 Montague Street
Brooklyn, NY 11211


Greystone Servicing Corporation, Inc.
419 Belle Air Lane
Warrenton, VA 20186


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Law Office of Lawrence R. Kulak
1430 Broadway Suite 1509
New York, NY 10018


NYC Corporation Counsel
100 Church Street, RM 5-240
New York, NY 10007


NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201


NYC Environmental Control Board/ OATH
66 John St #10
New York, NY 10038

NYS Dept. of Taxation & Finance  
Bankruptcy/ Special Procedures Section  
PO Box 5300  
Albany, NY 12205-0300  

Office of the United States Trustee  
U.S. Federal Building  
201 Varick Street, Room 1006  
New York, NY 10014  

Power Rooter  
P. O. Box 190792  
Brooklyn, NY 11219  

Pristine Facility Services  
4118 14th Ave Suite #199  
Brooklyn, NY 11219  

YHT Construction  
320 Roebling Street Suite 205  
New York, NY 10038

# United States Bankruptcy Court
## Eastern District of New York

In re   634 Wilson Ave LLC                        Case No.

                                          Debtor(s)      Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   634 Wilson Ave LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| April 3, 2023 | /s/ Julie Curley |
| Date | Julie Curley |
| | Signature of Attorney or Litigant |
| | Counsel for   634 Wilson Ave LLC |
| | Kirby Aisner & Curley LLP |
| | 700 Post Road |
| | Suite 237 |
| | Scarsdale, NY 10583 |
| | Fax: |
| | jcurley@kacllp.com |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL**
**BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** 634 Wilson Ave LLC       **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: 23-     JUDGE:          DISTRICT/DIVISION: EDNY

   DEBTOR NAME: 1427 43 ST LLC

   CASE STILL PENDING (Y/N):    Y           [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: 1427 43rd Street, Brooklyn, New York

2. CASE NO.: 23-     JUDGE:          DISTRICT/DIVISION: EDNY

   DEBTOR NAME: 221 Himrod St LLC

   CASE STILL PENDING (Y/N):    Y           [*If closed*] Date of closing:

   CURRENT STATUS OF RELATED CASE: Pending
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: 221 Himrod Street, Brooklyn, New York

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: 23-    JUDGE:    DISTRICT/DIVISION: EDNY

DEBTOR NAME: 299 Throop Ave LLC

CASE STILL PENDING (Y/N):    Y    [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: Pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: 299 Throop Avenue, Brooklyn, New York

4. CASE NO.: 23-    JUDGE:    DISTRICT/DIVISION: EDNY

DEBTOR NAME: 867-871 Knickebocker LLC

CASE STILL PENDING (Y/N):    Y    [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: Pending
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: 867-871 Knickerbocker Avenue, Brooklyn, New York

*NOTE*: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.   Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Julie Curley
Julie Curley
Signature of Debtor's Attorney
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
 Fax:

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

Mailing Address of Debtor/Petitioner

City, State, Zip Code

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any

DISCLOSURE OF RELATED CASES (cont'd)
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.   Dismissal of your petition may otherwise result.